1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

J.S. and R.S. and their daughter, B.F.,

11

Plaintiffs,

Case No. C04-5242FDB

12

v.

ORDER

13

OLYMPIA SCHOOL DISTRICT,

14

Defendant.

15

Plaintiffs have filed a motion for reconsideration.  The Court requested a response from

16

Defendant (originally scheduled to be filed June 13, 2005), which is now due June 20, 2005.

17

The Clerk shall renote the motion for reconsideration for June 14, 2005.  SO ORDERED.

18

DATED this 8th day of June, 2005.

19
20

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

21
22
23
24
25
26

ORDER - 1