UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| J.S. and R.S., and their daughter, B.F., <br><br> Plaintiffs, <br><br> v. <br><br> OLYMPIA SCHOOL DISTRICT, a municipal Washington corporation, <br><br> Defendant. | Case No. C04-5242FDB <br><br> ORDER DENYING RECONSIDERATION |

Plaintiffs move for reconsideration of the Court's Order Denying Appeal and Affirming Administrative Law Judge. [Dkt. # 20] Plaintiffs assert that the Court misidentified the School District's "child-find" obligation under the Individuals with Disabilities Education Act (IDEA), fails to address the claim under the Rehabilitation Act of 1973), and that the Section 504 claim was improperly considered.

The Court has considered the Parties' briefs on the motion for reconsideration, has reviewed the record herein, and concludes that plaintiffs have failed to satisfy the standard for reconsideration. The Court, therefore, declines to grant the motion for reconsideration. The correct standard regarding "child-find" activities was applied; the procedural requirements of the IDEA parallel the requirements of Section 504 of the Rehabilitation Act; and the parents were properly denied

ORDER - 1

reimbursement for their unilateral, private placement of the student.  For these reasons, which are more fully articulated in the School District's response, reconsideration is denied.

ACCORDINGLY, IT IS ORDERED: Plaintiffs' Motion for Reconsideration [Dkt. # 22] is DENIED.

DATED this 1st day of July, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2